FILED - USDC -NH
2024 MAR 29 PM 2:01

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Plaintiff(s)**

Maria A. Youngman

v.

**Defendant(s)**

Public Defender's Office Concord Hospital, Concord Hospitals — Evidence wise

**COMPLAINT**

Received money, and class action's on my behalf while someone served me with assault and abuse. Having someone else doing that.

### Parties to this Complaint

**Plaintiff(s)'s Name, Address and Phone Number**

Maria A. Youngman   603.646.8242
15 Loudon Road,
Concord, New Hampshire

**Defendant(s)'s Name, Address and Phone Number**

10 Ferry Street, Concord, New Hampshire —

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Because it would be the right thing to do.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

I've been misjudged, assaulted from these people, alleged this course of action, and theft.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

I believe to be an important case. Born in Russia; parent's were ~~Russian~~ Ukrainian

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 03/29/2024

Signature: *[signature]*